# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MICHELE RICCA, ) | Case No.: 2:10-cv-01990-JAM-DAD |
| Plaintiff, ) | |
| ) | **ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT DEFAULT JUDGMENT HEARING SCHEDULED FOR DECEMBER 3, 2010** |
| v. ) | |
| NATIONAL CHECK PROCESSING, LLC, ) | |
| Defendant. ) | |

The request of plaintiff's counsel Mahadhi Corzano for telephonic appearance at the hearing of plaintiff's motion for default judgment on December 3, 2010 is granted. The court will place the call to telephone number (323) 988-2400 Ext. 255 at 10:00 a.m. or as soon thereafter as the matter is called. The undersigned permits telephonic appearance at all motion hearings and status conferences. No written request is required. Telephonic appearance is arranged by contacting Pete Buzo, Courtroom Deputy to the undersigned, at (916) 930-4218 no later than 48 hours prior to the time of the hearing or status conference.

IT IS SO ORDERED.

Date: November 3, 2010.

_Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

Ddad1\orders.civil\ricca1990.ord.tel.app.

- 1 -