Mahadhi Corzano, Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
MICHELE RICCA

**UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF CALIFORNIA,
SACRAMENTO DIVISION**

| | |
|---|---|
| MICHELE RICCA, ) | **Case No.: 2:10-cv-01990-JAM-DAD** |
| ) | |
| Plaintiff, ) | |
| ) | **VOLUNTARY DISMISSAL** |
| v. ) | |
| ) | |
| NATIONAL CHECK PROCESSING, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## <u>VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

Plaintiff, MICHELE RICCA, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: May 6, 2011                                                       KROHN & MOSS, LTD.


                                                                          By:/s/ <u>Mahadhi Corzano</u>

                                                                          Mahadhi Corzano  Attorney for Plaintiff,
                                                                          MICHELE RICCA